Order issued October ⎮ , 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00386-CV

**KSWO TELEVISION CO., INC., ET AL., Appellants**

**V.**

**KFDA OPERATING COMPANY, LLC, ET AL., Appellees**

## ORDER

We **GRANT** appellants' unopposed motion for an extension of time to file a reply brief.

Appellants shall file their reply brief on or before October 12, 2012.

_____
CAROLYN WRIGHT
CHIEF JUSTICE